# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-0486
Lower Tribunal No. CF22-1031

———————————————

LAWRENCE DUNNIGAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Highlands County.
Angela J. Cowden, Judge.

February 24, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and BROWNLEE, JJ., concur.


David Maldonado, of The Maldonado Law Firm, P.A., Lakeland, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED